**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156;
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
**CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS;  Plaintiff, vs. CITY OF ELK GROVE; Elk Grove Police Officer CHRISTPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive,  Defendants. _____/ | CASE NO. 2:09-cv-01573-GEB-JFM  **STIPULATION AND ORDER REGARDING ENLARGEMENT OF TIME TO FILE RESPONSE**  Complaint Filed: 06/08/2009 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TAMARA DUMAS and Defendant ALI KHALIL, by and through their undersigned counsel, that in light of Plaintiff's intent to file an amended complaint, the time for Defendants to respond to Plaintiff's complaint for damages shall be extended by thirty (30) days, up to and including **July 31, 2009**. A previous stipulation has been filed on July 2, 2009, which involved the Plaintiff and the remaining Defendants in this matter.

{00698749.DOC}                                    1

| | |
|---|---|
| Dated: July 6, 2009 | PORTER SCOTT |
| | A PROFESSIONAL CORPORATION |
| . | By   /s/ Michael W. Pott<br>Michael W. Pott<br>Attorney for Defendant<br>CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, AND ROBERT SIMMONS |
| Dated: July 6, 2009 | LAW OFFICE OF STEWART KATZ |
| . | By /s/ Stewart Katz (as authorized on July 2, 2009)<br>Stewart Katz<br>Attorney for Plaintiff<br>TAMARA DUMAS |

**IT IS SO ORDERED.**

**DATED: July 2, 2009**

_____
GARLAND E. BURRELL, JR.
United States District Judge