**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
mpott@porterscott.com
dhaynes@porterscott.com

Attorneys for Defendants
**CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS**

Stewart Katz, SBN 127425
LAW OFFICES OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA 95825
TEL: (916) 444-5678, ext. 13
FAX: (916) 444-3364
knvsback@earthlink.net

Attorney for Plaintiff
**TAMARA DUMAS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive,<br><br>     Defendants.<br>_____/ | CASE NO.  2:09-cv-01573-GEB-JFM<br><br>**ORDER REGARDING THE STIPULATED REQUEST TO MODIFY THE PRE-TRIAL SCHEDULING ORDER**<br><br><br><br>Complaint Filed:  06/08/2009<br>First Amended Complaint File: 8/27/09 |

The Status (Pre-Trial Scheduling) Order is modified as the parties' request as follows:

Expert Witness Disclosure:                                  **May 17, 2010**

Any contradictory and/or rebuttal disclosure authorized under Rule 26(a)(2)(c)(ii): **June 14, 2010.**

**IT IS SO ORDERED.**

Dated: 2/25/10

_____
GARLAND E. BURRELL, JR.
United States District Judge