IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20, inclusive,<br><br>        Defendants. | 2:09-cv-01573-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

Defendants filed a Notice of Settlement on August 9, 2010, in which they state "following a private mediation, the parties have reached a settlement in the above-referenced matter in full resolution of all claims asserted by Plaintiffs...." (Doc. No. 32, 1:24-26.) Defendants request seventy-five (75) days to file a dispositional document, stating:

> The parties will have a settlement agreement completely executed within the next thirty (30) days. A petition for minor's compromise will be filed within fifteen (15) days following execution of the settlement agreement. The settlement is conditioned upon approval by the City of Elk Grove.

1

1 | Counsel for defendants will recommend that the City approve the settlement. The City will process the settlement draft(s) within forty-five days fo the date of approval.

(Id. 2:1-9.)

Defendants further request the Court vacate any upcoming hearings and trial dates. (Id. 2:10-11.)

Therefore, a dispositional document shall be filed no later than October 25, 2010. Further, a Petition for Minor's Compromise shall be filed no later than September 27, 2010, and calendared on the Court's earliest available law and motion hearing date.

The Final Pretrial Conference scheduled for February 7, 2011, and Trial scheduled for March 8, 2010, are vacated. A status conference is scheduled on November 1, 2010 commencing at 9:00 a.m., in the event no dispositional document is filed. The parties shall file a joint status report no later than fourteen (14) days prior to the status conference, in which they need only address the status of settlement.

IT IS SO ORDERED.

Dated: August 9, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2