**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
GUY DANILOWITZ, State Bar #257733
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20, inclusive,<br><br>        Defendants. | NO: 2:09-CV-01573-GEB-JFM<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>Date: December 6, 2010<br>Time: 9:00 a.m.<br>Ctrm: 10<br>Judge: Hon. Garland E. Burrell |

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 83-182 and the Rules of Professional Conduct of the California State Bar, attorney Stewart Katz brings this Motion to Withdraw as Attorney of Record for Plaintiffs Tamara Dumas, Rick Dumas, Katelin Dumas and Kimberly Dumas. This motion is set to be heard by this Court on December 6, 2010 at 9:00 a.m. in Courtroom 10 of the United States District Court located at 501 I Street in Sacramento, California.

1   This motion is based on this pleading, any oral argument that may be made at the hearing
2 of this Motion, and the following documents which will be timely filed with the Court:
3 Plaintiffs' counsel's Memorandum of Points and Authorities, the Declaration of Stewart Katz,
4 and the Declaration of Victoria Burau.
5   In an effort to not reveal any attorney-client confidences or communications and to avoid
6 prejudice to Plaintiffs, Plaintiffs' counsel will file an application requesting that the
7 Memorandum of Points and Authorities, the Declaration of Stewart Katz and the Declaration of
8 Victoria Burau be filed under seal and also requests that hearing on this Motion be done in
9 camera.

11  Dated: October 18, 2010                    Respectfully submitted,

13                                             s/Stewart Katz
14                                             STEWART KATZ,
                                               Attorney for Plaintiff