IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMASTAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS,<br><br>    Defendants.<br>_____ | 2:09-cv-01573-GEB-JFM<br><br><u>ORDER RESTORING CASE TO TRIAL DOCKET, REQUIRING INFORMATION ON MINORS' GUARDIAN AD LITEM, AND DISMISSING DOE DEFENDANTS</u> |

    This case is restored to the trial calendar since notwithstanding the parties' previous representation that they settled this case, the Joint Status Report the parties filed on October 18, 2010, indicates the parties dispute whether this case is settled. Since most of the discovery in this action should have been completed when certain scheduled dates were vacated in response to the parties' representation that this action settled, and it is unclear how the referenced dispute will be resolved, the following scheduling order issues.

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court, good cause having been shown. Moreover, the doe defendants are dismissed because of the reasoning indicated in the order setting status conference filed June 8, 2009; specifically, absent "specific information" showing the need for doe defendants, "Doe" defendants will be dismissed. (ECF No. 4.)

All discovery shall be completed by January 31, 2011. Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before October 29, 2010, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before November 30, 2010. The last hearing date for motions shall be March 7, 2011, at 9:00 a.m. The final pretrial conference is scheduled to commence at 1:30 p.m. on May 9, 2011. Trial shall commence at 9:00 a.m. on June 21, 2011.

Further, counsel for the minor plaintiffs shall explain in a filing due within seven days of the date on which this order is filed whether each minor plaintiff has been appointed a guardian ad litem in this action.

Lastly, since this case has been restored to the trial calendar, the status conference scheduled on November 1, 2010 is vacated.

Dated: October 19, 2010

GARLAND E. BURRELL, JR.
United States District Judge