1 **LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
2 GUY DANILOWITZ, State Bar #257733
3 555 University Avenue, Suite 270
Sacramento, California 95825
4 Telephone: (916) 444-5678

5 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS,<br><br>         Plaintiffs,<br>     vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS,<br><br>         Defendants.<br>_____/ | NO: 2:09-CV-01573-GEB-JFM<br><br>**STATEMENT OF COUNSEL FOR MINOR PLAINTIFFS' REGARDING APPOINTMENT OF GUARDIAN AD LITEM** |

    Pursuant to the Court's Order Requiring Information on Minors' Guardian Ad Litem, Plaintiffs' Counsel states the following:

    The Complaint in this matter filed on June 8, 2009 named Tamara Dumas as the single Plaintiff and did not name her husband, Rick Dumas, or her minor children, Katelin and Kimberly Dumas. On August 27, 2009, the Complaint was amended adding Rick Dumas and the minor children, Katelin Dumas and Kimberly Dumas, as additional Plaintiffs. The First Amended Complaint stated that the children were suing through their

mother, Tamara Dumas, as guardian.  At that time, Counsel informed Tamara and Rick that he was required to petition the Court to appoint a Guardian Ad Litem for each child and anticipated filing a petition but inadvertently failed to do so.

Upon receiving the Court's Order, Counsel once again explained the requirement to petition for the appointment of a Guardian Ad Litem for each child.  Plaintiff Tamara Dumas subsequently executed a Petition for Appointment of Guardian Ad Litem but then, while counsel was waiting for copies of the childrens' birth certificates to be faxed as promised, instructed counsel not to file the petition because Tamara Dumas had questions she wanted to address directly to the Judge.

DATED: October 26, 2010                    /s/ Stewart Katz
                                           STEWART KATZ
                                           Attorney for Plaintiffs