# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20, inclusive, <br><br> Defendants. | NO: 2:09-CV-01573-GEB-JFM <br><br> **ORDER APPOINTING GUARDIAN AD LITEM** <br><br> [Local Rule 17-202(a)] |

The Court, having considered the petition of KATELIN DUMAS and KIMBERLY DUMAS for appointment of a Guardian Ad Litem in the above action, and good cause appearing, hereby appoints Tamara Dumas Guardian Ad Litem for KATELIN DUMAS and KIMBERLY DUMAS.

**Date: 10/28/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge