1  **LAW OFFICE OF STEWART KATZ**
2  STEWART KATZ, State Bar #127425
   GUY DANILOWITZ, State Bar #257733
3  555 University Avenue, Suite 270
   Sacramento, California 95825
4  Telephone: (916) 444-5678

5  Attorneys for Plaintiffs

6
                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

9

10 TAMARA DUMAS; RICK DUMAS;              )   NO: 2:09-CV-01573-GEB-JFM
11 KATELIN DUMAS; and KIMBERLY DUMAS,     )
                                          )   **ORDER GRANTING REQUEST TO**
12              Plaintiffs,               )   **SEAL DOCUMENTS**
                                          )
13      vs.                               )
                                          )
14                                        )
                                          )
15 CITY OF ELK GROVE; Elk Grove Police Officer )
   CHRISTOPHER DIAZ (Badge #127); Elk Grove )
16 Police Officer ALI KHALIL (Badge #164); Elk )
   Grove Police Officer LANCE MCDANIEL   )
17 (Badge #158), Elk Grove Police Sergeant WALLY )
   SMITH (Badge #23), and Elk Grove Police Chief )
18 ROBERT SIMMONS,                        )
                                          )
19                                        )
                Defendants.               )
20 _____ /

21

22       The Court, having considered the request of Plaintiffs' counsel that documents be filed

23 and remain under seal, and good cause appearing, hereby orders that Plaintiffs' counsel's

24 Memorandum of Points and Authorities in Support of Motion to Withdraw as Attorney of

25 Record, the Declaration of Stewart Katz in Support of Motion to Withdraw as Attorney of

26 Record, the Declaration of Guy Danilowitz in Support of Motion to Withdraw as Attorney of

27

28

1  Record and the Declaration of Victoria Burau in Support of Motion to Withdraw as Attorney of
2  Record be filed under seal and remain under seal, until otherwise ordered by the Court.

**Date:  11/3/2010**

_____
GARLAND  E.  BURRELL,  JR.
United States District Judge