IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMARA DUMAS, as an individual and as Guardian Ad Litem for KATELIN DUMAS and KIMBERLY DUMAS; RICK DUMAS, as an individual,

Plaintiffs,

v.

CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS,

Defendants.

2:09-cv-01573-GEB-JFM

ORDER

In light of Plaintiffs' counsel's motion to withdraw as attorney of record, Tamara Dumas and Rick Dumas shall personally appear at the scheduled hearing on the motion at 9:00 a.m. on December 6, 2010. Further, should the motion be granted, each minor's lawsuit may be dismissed since a guardian ad litem cannot represent children without retaining a lawyer. As the Ninth circuit stated in Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997): "[A] non-attorney parent must be represented by counsel in bringing an action on behalf of his or her child."

Plaintiffs' counsel shall provide a copy of this order to Plaintiffs.

Dated: November 3, 2010

GARLAND E. BURRELL, JR.
United States District Judge