**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mail address: mpott@porterscott.com

Attorneys for Defendants
**CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive, <br><br> Defendants. <br> _____/ | CASE NO.  2:09-cv-01573-GEB-JFM <br><br> **NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> **Date:  December 6, 2010** <br> **Time: 9:00 a.m.** <br> **Court Room: 10** <br><br><br><br><br><br><br><br> Complaint Filed:  06/08/2009 <br> First Amended Complaint File: 8/27/09 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on December 6, 2010 at 9:00 a.m., or as soon as thereafter as the matter may be heard, in Court Room 10 of the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, Defendants City of

Elk Grove, Christopher Diaz, Ali Khalil, Lance McDaniel, Wally Smith, and Robert Simmons will, and hereby do, move this Court to enforce the settlement agreement reached by the parties on the following grounds:

1. Plaintiffs entered into a binding oral agreement to resolve the case and have failed to honor that agreement; and

2. To the extent Tamara Dumas, as guardian ad litem for Plaintiffs Katelin Dumas and Kimberly Dumas, argues that she has repudiated the settlement agreement as it pertains to the minors, such an act is arbitrary and capricious and, therefore, should be disregarded.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Michael W. Pott, the pleadings and papers on file herein, and any other evidence which may be presented at the hearing of this Motion.

Dated: November 5, 2010          PORTER SCOTT
                                 A PROFESSIONAL CORPORATION


                                 By /s/ *Michael W. Pott*
                                    Michael W. Pott
                                    Derek J. Haynes
                                    Attorneys for Defendants
                                    CITY OF ELK GROVE, CHRISTOPHER DIAZ,
                                    ALI KHALIL, LANCE MCDANIEL, WALLY
                                    SMITH, and ROBERT SIMMONS

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com