1  M. Jeffery Kallis, SBN 190028
   **THE LAW FIRM OF KALLIS & ASSOC., PC**
2  River Park Tower
   333 W. San Carlos St., 8th Floor
3  San Jose, California  95110
   Telephone: (408) 971-4655
4  Facsimile: (408) 971-4644
   M_J_Kallis@Kallislaw.org
5

6  Andrew V. Stearns, SBN 164849
   Steven M. Berki, SBN 245426
   Gaurav D. Sharma, SBN 269123
7  **BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**
   River Park Tower
8  333 W. San Carlos St., 8th Floor
   San Jose, California  95110
9  Telephone: (408) 977-1911
   Facsimile: (408) 977-0746
10 astearns@boglawyers.com
   sberki@boglawyers.com
11 gsharma@boglawyers.com

12 Attorneys for Plaintiffs:
   TAMARA DUMAS, RICK DUMAS,
13 KATELIN DUMAS and KIMBERLY DUMAS

14                IN THE UNITED STATES DISTRICT COURT
15               FOR THE EASTERN DISTRICT OF CALIFORNIA
16                        SACRAMENTO DIVISION
17                               * * *

18 TAMARA DUMAS; RICK DUMAS;              ) Case No. 2:09-CV-01573-GEB-JFM
   KATELIN DUMAS; and KIMBERLY            )
19 DUMAS,                                 )
                                          ) **PLAINTIFFS' REQUEST FOR COURT
20              Plaintiffs,               ) APPROVAL OF SUBSTITUTION OF
                                          ) COUNSEL; AND ORDER**
21 vs.                                    )
                                          )
22 CITY OF ELK GROVE; Elk Grove Police    )
   Officer CHRISTOPHER DIAZ (Badge        ) Complaint Filed: June 9, 2009
23 #127); Elk Grove Police Officer LANCE  )
   McDANIEL (Badge #164); Elk Grove       )
24 Police Sergeant WALLY SMITH (Badge     )
   #23); Elk Grove Police Chief ROBERT    )
25 SIMMONS; and Does 1 through 20,        )
   inclusive,                             )
26                                        )
                Defendants.                )
27                                        )

28

1    On December 6, 2010, the Court granted the motion of plaintiffs' counsel, Stewart Katz,
2 Esq., of the Law Office of Stewart Katz to be relieved as counsel of record. At that time, plaintiffs
3 made an oral request, on the record, to be represented by M. Jeffery Kallis, Esq. of the Law Office
4 of Kallis & Associates, PC and Andrew V. Stearns, Esq. of Bustamante, O'Hara & Gagliasso.
5 Messieurs Kallis and Stearns were present in court and stated their appearance on the record. The
6 Court accepted the representation of plaintiffs by these firms subject to filing the appropriate
7 documentation with the Court.

    Based thereon, the plaintiffs respectfully request the Court grant the substitution of M. Jeffery Kallis, Esq. of the Law Office of Kallis & Associates, PC and Andrew V. Stearns, Esq., Steven M. Berki, Esq., and Gaurav D. Sharma, Esq. of Bustamante, O'Hara & Gagliasso, in the place and stead of Stewart Katz, Esq. of the Law Office of Stewart Katz, to represent plaintiffs in this action, and that the substitution be entered into effect without further notice.

DATED: 12/8/10                           **LAW OFFICE OF KALLIS & ASSOC., PC**


                                         By: _____
                                             M. JEFFERY KALLIS, attorneys for Plaintiffs


DATED: 12/8/10                           **BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**


                                         By: _____
                                             ANDREW V. STEARNS
                                             STEVEN M. BERKI
                                             GAURAV SHARMA, attorneys for Plaintiffs

## ORDER

1  
2    For good cause shown, SO ORDERED.

3 DATED:

4

5

6                          By: _____  
                              HON. GARLAND E. BURRELL  
7                               JUDGE, UNITED STATES DISTRICT COURT,  
                              EASTERN DISTRICT OF CALIFORNIA,  
8                               SACRAMENTO DIVISION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' SUBSTITUTION OF COUNSEL