M. Jeffery Kallis (SBN: 190028)
**The Law Firm of Kallis & Assoc. p.c.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
408-971-4655 phone / 408-971-4644 fax
M_J_Kallis@Kallislaw.Org
    For Plaintiff

Andrew V. Stearns, Esq.  SBN 164849
Steven M. Berki, Esq.  SBN 212434
 Gaurav Shamar SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
astearns@BOGLAWYERS.com
    For Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20; inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-01573-GEB-JFM<br><br>NOTICE OF MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFFS' COUNSEL, SET FORTH ABOVE, TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE PLAINTIFF *IN PROPRIA PERSONA* PURSUANT TO L.R. 83-182(d) AND CALIFORNIA RULES OF PROFESSIONAL CONDUCT § 3-700(C)(5)<br><br>Date of Hearing March 7, 2010 Time: 9:00 a.m.<br>Dept.: 10<br><br><br>Complaint Filed: 06/08/2009<br>First Amended Complaint File: 8/27/09 |

TO THE COURT, TO PLAINTIFF, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT on March 7, 2011 at 9 a.m., or as soon thereafter as the matter may be heard in Courtroom 10 of the above-entitled Court, located at 501 I street, Sacramento, California, plaintiffs' counsel The Law Firm of Kallis & Assoc. p.c. and Bustamante, O'Hara & Gagliasso will, and hereby does, move the Court for an order for leave of Court to allow them to withdraw from this case and to substitute plaintiff *in propria persona* pursuant to United States District Court, Local Rule 83-182(d), governing appearance and withdrawal of attorneys, and California Rule of Professional Conduct, 3-700(C)(1)(d)).

This motion is made on the ground that the Rule of Professional Conduct of the State Bar of California allow an attorney to withdraw if the client renders it unreasonably difficult for the member to carry out the employment effectively. In accordance with Local Rule 83-182(d), the declarations of plaintiffs' counsel, filed concurrently herewith, identifies plaintiffs' current address, and describes the efforts to notify the plaintiff of the motion to withdraw (and actual notification), in accordance with California State Bar Rules.

The motion will be based on this Notice of Motion and Motion; the Memorandum of Points and Authorities, Declaration of M. Jeffery Kallis from The Law Firm of Kallis & Assoc. p.c. and Andrew V. Stearns of Bustamante, O'Hara & Gagliasso, and proposed Order filed concurrently herewith; all pleadings and papers on file in this action; and such matters as may be presented to the Court at the time of the hearing.

Dated January 17, 2011                The Law Firm of *KALLIS* & Assoc. p.c.

                                      _____/s/_____
                                      M. Jeffery Kallis, Counsel for Plaintiff

                                      BUSTAMANTE, O'HARA & GAGLIASSO

                                      _____/s/_____
                                      Andrew V. Stearns, Esq. Counsel for Plaintiff

M. Jeffery Kallis  SBN: 190028
**The Law Firm of Kallis & Assoc. p.c.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
408-971-4655 phone / 408-971-4644 fax
M_J_Kallis@Kallislaw.Org
    For Plaintiff

Andrew V. Stearns, Esq.  SBN 164849
Steven M. Berki, Esq.  SBN 212434
 **BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
astearns@BOGLAWYERS.com
    For Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20; inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-01573-GEB-JFM<br><br>MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFFS' COUNSEL, SET FORTH ABOVE, TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE PLAINTIFF *IN PROPRIA PERSONA* PURSUANT TO L.R. 83-182(d) AND CALIFORNIA RULES OF PROFESSIONAL CONDUCT 3-700(C)(5)<br><br>Date of Hearing March 7, 2011<br>Time: 9:00 a.m.<br>Dept.: 10 |

Plaintiffs' counsel The Law Firm of Kallis & Assoc. p.c. and Bustamante, O'Hara & Gagliasso respectfully submit the following memorandum of points and authorities in support of this motion for leave of Court to Allow Counsel To Withdraw from this case and to substitute plaintiff *in propria persona* pursuant to United States District Court, Local Rule 83-182(d), governing appearance and withdrawal of attorneys, and California Rule of Professional Conduct, § 3-700.

I.

LEGAL AUTHORITY

Local Rule 83-182(d), governing appearance and withdrawal of attorneys, provides:

> (d) Withdrawal. Subject to the provisions of subsection (c), an attorney who has appeared may not withdraw leaving the client in propria persona without leave of Court upon noticed motion and notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. The authority and duty of the attorney of record shall continue until relieved by order of the Court issued hereunder. Leave to withdraw may be granted subject to such appropriate conditions as the Court deems fit.

Rule 3-700(C)(1)(d) of the Rules of Professional Conduct of the State Bar of California allows an attorney to withdraw if the client "by other conduct renders it unreasonably difficult for the member to carry out the employment effectively..." See Paul W. Vapnek, Mark L. Tuft, Ellen R. Peck, and Justice Howard B. Wiener (Ret.), CALIFORNIA PRACTICE GUIDE: PROFESSIONAL RESPONSIBILITY (Rutter Group 2005 Update) § 10:45 (citing Ca Professional Conduct Rule 3-700(C)(1)(d)). "A withdrawal motion may properly

be based simply on a personality clash with the client. The breakdown in the attorney-client relationship is ground for allowing the attorney to withdraw." Vapnek, *et al.*, § 10:46 (citing *Estate of Falco v. Decker* (1987) 188 Cal.App.3d 1004, 1014).

II.

DISCUSSION

The accompanying declaration of M. Jeffery Kallis and Andrew V. Stearns states the current address of the plaintiff, as well as the efforts to notify plaintiff (and actual notification of plaintiff) of the motion to withdraw. Importantly, the declaration is stated in general terms and without compromising the confidentiality of the attorney-client relationship. The declaration, which is submitted in good faith, states that a conflict has arisen, making it unreasonably difficult to represent the client. The Rules of Professional Conduct of the State Bar of California allows an attorney to withdraw under such circumstances. *See* Vapnek, *et al.*, § 10:101.

III.

CONCLUSION

Based on the foregoing, movant respectfully requests the Honorable Court grant leave of Court to allow counsel to withdraw from this case and to substitute plaintiff *in propria persona*.

Dated January 17, 2011                The Law Firm of *KALLIS* & Assoc. p.c.

_____/s/_____
M. Jeffery Kallis, Counsel for Plaintiff

BUSTAMANTE, O'HARA & GAGLIASSO

_____/s/_____
Andrew V. Stearns, Esq. Counsel for Plaintiff

M. Jeffery Kallis (SBN: 190028)
**The Law Firm of Kallis & Assoc. p.c.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
408-971-4655 phone / 408-971-4644 fax
M_J_Kallis@Kallislaw.Org
   For Plaintiff

Andrew V. Stearns, Esq.  SBN 164849
Steven M. Berki, Esq.  SBN 212434
 Gaurav Shamar SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
astearns@BOGLAWYERS.com
   For Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20; inclusive,<br><br>   Defendants. | CASE NO. 2:09-cv-01573-GEB-JFM<br><br>DECLARATION OF  M. JEFFERY KALLIS; SUPPORTING MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFFS' COUNSEL,  SET FORTH ABOVE, TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE PLAINTIFF *IN PROPRIA PERSONA* PURSUANT TO L.R. 83-182(d) AND CALIFORNIA RULES OF PROFESSIONAL CONDUCT 3-700(C)(5)<br><br>Date of Hearing  March 7, 2011<br><br>Time: 9:00 a.m.<br>Dept.: 10 |

I, M. Jeffery Kallis, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California. In addition, I am admitted to practice before the following federal courts: In Alaska and Washington State, Ninth Circuit Court of Appeals, Eastern District of California, Northern District of California, Central District of California and Southern District of California. I am the attorney of record for plaintiff TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS in the above-entitled action.

2. That over the past approximately two months, issues have arisen between TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS and myself which caused me to conclude that I cannot continue to represent them. The issues have absolutely nothing to do with payment for my time, but rather, have everything to with fundamental differences regarding how this action is to be handled; one could appropriately term it a "personality and value clash". If the court desires, I will explain this in confidence, but I would prefer not to in a public document. I have discussed with TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS my desire to withdraw, and although I believe that he would rather that I did not withdraw, it is my understanding that they will not oppose it.

3. The TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS contact information is as follows:

> Mr. Rick Dumas & Mrs. Tamara Dumas
> 5100 B1 Clayton Rd. # 259
> Concord CA. 94521

4. That I notified TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS of this application as follows:

   a. On January 11, 2011, I advised the Plaintiffs of my intent to disassociate from the case and on January 18, 2011, I mailed a copy of these moving papers to TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS at the above address; a proof of service is filed concurrently herewith.

b. During the week of January 17, 2011, I intend to telephone TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS to confirm his receipt of the papers, and to see whether they have any questions.

If called to testify to the foregoing, I could do so from my own personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on January 17, 2011, at San Jose, California.

Dated January 17, 2011                    The Law Firm of *KALLIS* & Assoc. p.c.

                                          _____/s/_____
                                          M. Jeffery Kallis, Counsel for Plaintiff

M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOC., PC**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com
gsharma@boglawyers.com

Attorneys for Plaintiffs:
TAMARA DUMAS, RICK DUMAS,
KATELIN DUMAS and KIMBERLY DUMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

* * *

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer LANCE McDANIEL (Badge #164); Elk Grove Police Sergeant WALLY SMITH (Badge #23); Elk Grove Police Chief ROBERT SIMMONS; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-CV-01573-GEB-JFM<br><br>**DECLARATION OF ANDREW V. STEARNS IN SUPPORT OF MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFFS' COUNSEL TO WITHDRAW AS COUNSEL IN THIS CASE AND TO SUBSTITUTED PLAINTIFFS IN PROPRIA PERSONA PURSUANT TO L.R. 83-182(D) AND CALIFORNIA RULE OF PROFESSIONAL CONDUCT 3-700(C)(5)**<br><br>Complaint Filed: June 9, 2009<br><br>Date: March 7, 2011<br>Time: 9:00 am<br>Dept.: 10 |

Page 1
DECLARATION OF STEARNS IN SUPPORT OF MOTION TO WITHDRAW

I, ANDREW V. STEARNS, declare as follows:

1. I am an attorney with the law firm of Bustamante O'Hara & Gagliasso, counsel of record for plaintiffs Tamara Dumas, Rick Dumas, Katelin Dumas and Kimberly Dumas, duly authorized to practice before this Court and all courts in the State of California, and if called as a witness, I could testify competently to the following of my own personal knowledge.

2. On December 6, 2010, I appeared with co-counsel from the Law Office of Kallis & Associates, M. Jeffery Kallis, Esq. at the hearing on plaintiffs' counsel Motion to Withdraw and defendants' Motion to Enforce Settlement. At that hearing, I indicated to the Court that Mr. Kallis' office and mine were ready and willing to substitute into this action.

3. On December 7, 2010, I sent a fee agreement on behalf of Bustamante O'Hara & Gagliasso and The Law Office of Kallis & Associates to Mr. Dumas for execution. I subsequently sent a reminder on January 3, 2011. I did not receive a response until January 14, 2011 and it was not an agreement. We still have not received an executed fee agreement.

4. Pursuant to this Court's October 19, 2010 (ECF Doc 37), discovery is to close on January 31, 2011.

5. By delaying agreeing to our representation in this action, plaintiffs have severely limited our ability to represent them in this matter and conduct much needed discovery. This limitation has adversely affected our working relationship and led to irreconcilable conflicts on case strategy.

6. On January 14, 2011 via email I informed Mr. Dumas that based on the foregoing, The Law Office of Kallis & Associates and Bustamante O'Hara & Gagliasso would not be able to continue to represent he or his family in this matter in light of the communication difficulties.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this _18_ day of January, 2011 in San Jose, California.

ANDREW V. STEARNS

Page 2
DECLARATION OF STEARNS IN SUPPORT OF MOTION TO WITHDRAW

M. Jeffery Kallis (SBN: 190028)
**The Law Firm of Kallis & Assoc. p.c.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
408-971-4655 phone / 408-971-4644 fax
M_J_Kallis@Kallislaw.Org
    For Plaintiff

Andrew V. Stearns, Esq.  SBN 164849
Steven M. Berki, Esq.  SBN 212434
 Gaurav Shamar SBN 269123
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
astearns@BOGLAWYERS.com
    For Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20; inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-01573-GEB-JFM<br><br>[PROPOSED] ORDER **GRANTING LEAVE OF COURT TO ALLOW PLAINTIFFS' COUNSEL, SET FORTH ABOVE, TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE PLAINTIFF *IN PROPRIA PERSONA* PURSUANT TO L.R. 83-182(d) AND CALIFORNIA RULES OF PROFESSIONAL CONDUCT § 3-700(C)(5)**<br><br>Date of Hearing March 7, 2010<br>Time: 9:00 a.m.<br>Dept.: 10<br>Complaint Filed: 06/08/2009<br>First Amended Complaint File: 8/27/09 |

The Court, after hearing the arguments of the parties on March 7, 2011, and upon review of the papers submitted with this Motion by the Plaintiffs' counsel in the above entitled case, finds GOOD CAUSE SHOWING and hereby orders that The Law Firm of Kallis & Assoc. and Bustamante O'Hara and Gagliasso be withdrawn as Counsel (effective immediately) and Plaintiffs be substituted in as *in pro persona* in as Counsel of record for the Plaintiffs.

Date:_____   _____
The Honorable Garland E. Burrell
Judge, United States District Court For The Eastern District Of California

1  M. Jeffery Kallis  SBN: 190028
   **The Law Firm of Kallis & Assoc. p.c.**
2  River Park Tower
   333 W. San Carlos St., 8th Floor
3  San Jose, California  95110
   408-971-4655 phone / 408-971-4644 fax
4  M_J_Kallis@Kallislaw.Org
5       For Plaintiff

6  Andrew V. Stearns, Esq.  SBN 164849
   Steven M. Berki, Esq.  SBN 212434
7  **BUSTAMANTE, O'HARA & GAGLIASSO**
   River Park Tower
8  333 W. San Carlos St., 8th Floor
   San Jose, California  95110
9  Telephone: (408) 977-1911
   astearns@BOGLAWYERS.com
10      For Plaintiff

11

12          IN THE UNITED STATES DISTRICT COURT
13         FOR THE EASTERN DISTRICT OF CALIFORNIA
14                  SACRAMENTO DIVISION

| | |
|---|---|
| 15  TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS; | CASE NO. 2:09-cv-01573-GEB-JFM |
| 16 | **PROOF OF SERVICE:** MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL |
| 17  Plaintiffs, | |
| 18 | |
| 19  vs. | March 7, 2011 |
| 20  CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20; inclusive, | Time: 9:00 a.m. Dept.: 10 |
| 21 | |
| 22 | |
| 23 | Complaint Filed: 06/08/2009 First Amended Complaint File: 8/27/09 |
| 24 | |
| 25 | |
| 26  Defendants. | |

## AFFIDAVIT OF SERVICE

I, JESICA GIRON, hereby declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Santa Clara; My Business address is 333 W. San Carlos Street, San Jose CA, 95110. On January 20, 2011 I served the within: **Motion for Leave of Court to Allow Plaintiff's Counsel to Withdraw as Counsel and to Substitute Plaintiff** *in Propria Persona,* **Memonrandum of Points and Authorities, Declaration of M. Jeffery Kallis in Support of Motion, Declaration of Andrew V. Stearns in Support of Motion, and [Proposed] Order Granting Motion,** On all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Mr. Rick Dumas & Mrs. Tamara Dumas
5100 B1 Clayton Rd. #259
Concord, CA 94521

[ ] BY MAIL: I am "Readily familiar" with the practice of collection and processing of correspondence for mail. Under that practice I would deposit the mail with the U.S. Postal Service at **San Jose CA** on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[ ] BY HAND DELIVERY: I caused such envelope; to be hand delivered to the stated parties.

[ ] VIA TELEFACSIMILE: I caused such documents to be transmitted via tele-facsimile to the stated parties at their respective facsimile numbers.

[ ] VIA E-Mail (Electronic Transmission): I caused such documents to be delivered by electronic transmission to the persons at the electronic-email addresses indicated above.

[X] VIA EXPRESS CARRIER: I caused such documents to be collected by an agent for FedEx to be delivered to the Addresses of the stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2011 at San Jose, CA.

_____
Jesica Giron