**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mail address: mpott@porterscott.com
Attorneys for Defendants
**CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS**

Anthony L. Label, SBN 205920
Eustache De Saint Phalle, SBN 179100
Michael E. Gatto, SBN 169374
Jeremy Cloyd, SBN 239991
THE VEEN FIRM, P.C.
711 Van Ness Ave., Suite 220
San Francisco, CA 94102
Telephone: (415) 673-4800
Facsimile: (415)771-5845
Attorney for Plaintiffs
**TAMARA DUMAS, RICK DUMAS, KATELIN DUMAS and KIMBERLY DUMAS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS; | CASE NO.  2:09-cv-01573-GEB-JFM |
| | **JOINT STATUS REPORT** |
| Plaintiffs, | |
| vs. | |
| CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive, | Complaint Filed:  06/08/2009 First Amended Complaint File: 8/27/09 |
| Defendants. | |

{00888348.DOC}                                        1

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

JOINT STATUS REPORT

Plaintiffs Tamara Dumas, Rick Dumas, Kateline Dumas and Kimberly Dumas and Defendants City of Elk Grove, Christopher Diaz, Ali Khalil, Lance McDaniel, Wally Smith, and Robert Simmons hereby submit their Joint Status Report.

**A.     Brief Statement of Case**

This case arises out of the arrest of Plaintiff Tamara Dumas at her home on July 1, 2008 arising out of a citizen's complaint of petty theft.

Tamara asserts state and federal wrongful arrest and excessive force claims.  She also asserts state law battery and negligence causes of action, as well as *Monell* and supervisory liability claims against the City of Elk Grove, Chief Simmons and Sergeant Smith.   Tamara's husband, Rick, and her two daughters, Katelin and Kimberly, assert substantive due process claims contending their relationship with Tamara was tainted as a result of the incident, and Katelin asserts negligent and intentional infliction of emotional distress causes of action based on allegedly observing Tamara struggle with Diaz.

**B.     Service of Process**

All parties have been served.

**C.     Possible Joinder of Additional Parties**

The Court precluded joinder of any additional parties absent a showing of good cause in its Order dated October 19, 2010.

**D.     Anticipated Amendments of Pleadings**

The Court precluded any amendments to the pleadings absent a showing of good cause in its Order dated October 19, 2010.

/ / / /

/ / / /

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**JOINT STATUS REPORT**

**E.**   **Jurisdiction and Venue**

Plaintiffs have alleged 42 U.S.C. section 1983 violations.  Federal question jurisdiction for these claims is derived from 28 U.S.C. section 1331.  Supplemental jurisdiction over the State Law claims is derived from 28 U.S.C. section 1367(a).  Venue is proper pursuant to 28 U.S.C. section 1391(b) in that all actions relevant to the claims took place within this District.

**F.**   **Anticipated Motions**

1.   Plaintiffs' Statement

Plaintiff anticipates filing a Motion for Partial Summary Judgment.

2.   Defendants' Statement

Defendants anticipate filing a Motion for Summary Judgment and/or Motion for Partial Summary Judgment if the Court denies the Motion to Enforce the Settlement Agreement Defendants filed on April 20, 2011.

**G.**   **Anticipated and Outstanding Discovery**

1.   Plaintiffs' Statement

Plaintiff intends to take the deposition of City of Elk Grove regarding police practices and procedures and the personnel history of Officer Christopher Diaz.  Plaintiff may also take the deposition of Ronald Pecci.

Plaintiff also intends to conduct written discovery regarding City of Elk Grove practices and procedures, personnel history and requests for admissions attempting to narrow the scope of issues for trial.

2.   Defendants' Statement

Defendants completed the deposition of Plaintiff Tamara Dumas.  They subsequently agreed, with Plaintiffs' former counsel, to stay all discovery during the settlement negotiations.

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**JOINT STATUS REPORT**

The parties participated in private mediation on July 27, 2010, which ultimately led to an oral agreement in full resolution of all claims.  The parties filed a Notice of Settlement with the Court on August 9, 2010 and the Court issued an Order Regarding Settlement and Disposition on August 10, 2010.  Plaintiffs contend there is no enforceable settlement agreement.  Defendants filed a Motion to Enforce the Settlement Agreement, which is set for hearing on June 6, 2011.

If the Court denies the Motion to Enforce the Settlement Agreement, Defendants will depose Plaintiffs Kimberly Dumas, Katelin Dumas and Rick Dumas, conduct written discovery regarding, among other things, Plaintiffs' medical issues, subpoena records from Plaintiffs' medical providers, and depose some of the medical providers and Plaintiffs' experts.

## H.   Scheduling

The parties stipulate and respectfully request that the Court issue an order staying discovery until it rules on Defendants' Motion to Enforce the Settlement Agreement, which is set to be heard on June 6, 2011.

Plaintiff Tamara Dumas is undergoing neck surgery in the coming weeks.  Therefore, so that the parties have an opportunity to fully evaluate her condition and potential damages, they respectfully propose the following schedule of dates for this matter:

| | |
|---|---|
| Initial Expert Disclosure: | October 28, 2011 |
| Rebuttal Expert Disclosure: | December 2, 2011 |
| Discovery Cut-Off: | March 25, 2012 |
| Last Day to File Dispositive Motions: | April 23, 2012 |
| Final Pretrial Conference: | July 27, 2012 |
| Trial: | September 17, 2012 |

/ / / /

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**JOINT STATUS REPORT**

**I.       Estimate of Trial Time**

Both parties have demanded a jury trial.  The parties anticipate that they can complete a trial of this matter in 6-8 days.

**J.       Appropriateness of Special Procedures**

The parties do not believe that any special procedures or referrals are necessary in this case.

**K.       Modification of the Standard Pretrial Procedures**

The parties do not anticipate the need to modify the standard pretrial procedures at this time.

**L.       Related Cases**

The parties do not believe that this case is related to any other matters.

**M.       Settlement Conference**

The parties have indicated their intent to file dispositive motions.  The parties request that the Court schedule a settlement conference for a date following the last day for a hearing on said motions.

**N.       Other Matters**

None at this time.

Dated: April 25, 2011                    PORTER SCOTT
                                         A PROFESSIONAL CORPORATION



                                         By /s/ Michael W. Pott
                                         _____
                                           Michael W. Pott
                                           Derek J. Haynes
                                           Attorneys for Defendants
                                           CITY OF ELK GROVE, CHRISTOPHER DIAZ,
                                           ALI KHALIL, LANCE MCDANIEL, WALLY
                                           SMITH, and ROBERT SIMMONS

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**JOINT STATUS REPORT**

1

2

3    Dated: April 25, 2011                    THE VEEN FIRM, P.C.

4

5                                             By  /s/

6                                                 Jeremy Cloyd
                                                  Attorney for Plaintiffs
7                                                 TAMERA DUMAS, RICK DUMAS,
                                                  KIMBERLY DUMAS and KATELINE DUMAS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

{00888348.DOC}                                      6

**JOINT STATUS REPORT**