IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMARA DUMAS, et al.,

        Plaintiffs,                No. CIV 2:09-cv-1573-GEB-JFM

    vs.

CITY OF ELK GROVE, et al.,

        Defendants.             <u>ORDER</u>

_____ /

        Pursuant to stipulation of all parties and good cause appearing, IT IS HEREBY ORDERED that the Motion to Quash the subpoena to plaintiff's former attorney currently scheduled for June 9, 2011 at 11:00 a.m. shall be advanced to May 26, 2011 at 11:00 a.m. in Courtroom # 26 before the undersigned. Defendants' opposition papers shall be filed by May 24, 2011.

DATED: May 19, 2011

                                      /s/ [signature]
                                  UNITED STATES MAGISTRATE JUDGE

/014;duma1573.jo

1