**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mail address: mpott@porterscott.com
Attorneys for Defendants: **CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS**

Anthony L. Label, SBN 205920
Eustache De Saint Phalle, SBN 179100
Michael E. Gatto, SBN 169374
Jeremy Cloyd, SBN 239991
**THE VEEN FIRM**
711 Van Ness Ave., Suite 220
San Francisco, CA 94102
(415) 673-4800
Attorney for Plaintiffs: **TAMARA DUMAS, RICK DUMAS, KATELIN DUMAS and KIMBERLY DUMAS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive,<br><br>                    Defendants.<br>_____/ | CASE NO.  2:09-CV-01573-GEB-JFM<br><br>**[PROPOSED] ORDER ON STIPULATED REQUEST TO MODIFY THE STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br><br>Complaint Filed:  06/08/2009<br>First Amended Complaint File: 8/27/09 |

The Status (Pre-Trial Scheduling) Order is modified as follows:

Expert Witness Disclosure: **January 13, 2012**

Disclosure of authorized rebuttal: **February 17, 2012**

**IT IS SO ORDERED.**

_____
GARLAND E. BURRELL, JR.
United States District Judge