**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mail address: mpott@porterscott.com
Attorneys for Defendants: **CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS**

Anthony L. Label, SBN 205920
Jeremy Cloyd, SBN 239991
**THE VEEN FIRM**
711 Van Ness Ave., Suite 220
San Francisco, CA 94102
(415) 673-4800
Attorney for Plaintiffs: **TAMARA DUMAS, RICK DUMAS, KATELIN DUMAS and KIMBERLY DUMAS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS;<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive,<br><br>      Defendants.<br>_____/ | CASE NO.  2:09-CV-01573-GEB-JFM<br><br>**ORDER ON STIPULATED REQUEST TO MODIFY THE STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>Complaint Filed:  06/08/2009<br>First Amended Complaint File: 8/27/09 |

///

**GOOD CAUSE APPEARING,** the Status (Pre-Trial Scheduling) Order is modified as follows:

| | |
|---|---|
| Expert Witness Disclosure: | **February 28, 2012** |
| Contradictory and/or rebuttal expert disclosure authorized under Rule 26 on or before: | **March 16, 2012** |
| Last Day to Complete Discovery: | **April 6, 2012** |

**IT IS SO ORDERED.**

Date: <u>12/21/2011</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge