**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Michael W. Pott, SBN 186156
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mail address: mpott@porterscott.com
Attorneys for Defendants
CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS; <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge #127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge #23), Elk Grove Police Chief ROBERT SIMMONS; and DOES1 through 20; inclusive, <br><br> Defendants. <br> _____/ | CASE NO. 2:09-cv-01573-GEB-JFM <br><br> **NOTICE OF SETTLEMENT** <br> (E.D. Local Rule 160) <br><br><br> Complaint Filed: 06/08/2009 <br> First Amended Complaint File: 8/27/09 |

Pursuant to Eastern District Local Rule 160, notice is hereby given that the parties have reached a settlement in the above-referenced matter in full resolution of all claims asserted by Plaintiffs Tamara Dumas, Rick Dumas, Katelin Dumas and Kimberly Dumas.

The terms of the settlement agreement are subject to the Court approving a petition for minor's compromise, which Plaintiffs intend to file.

Please remove this case from the civil active list and vacate any upcoming hearings and trial dates.

Dated: April 6, 2012

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ Derek J. Haynes
   Michael W. Pott
   Derek J. Haynes
   Attorneys for Defendants
   CITY OF ELK GROVE, CHRISTOPHER DIAZ, ALI KHALIL, LANCE MCDANIEL, WALLY SMITH, and ROBERT SIMMONS

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com