1  ANTHONY L. LABEL, NO. 205920
   JEREMY CLOYD, NO. 239991
2  THE VEEN FIRM, P.C.
   711 Van Ness Avenue, Suite 220
3  San Francisco, CA 94102
   P.O. Box 7296
4  San Francisco, CA  94120-7296
   Telephone: (415) 673-4800
5  Facsimile: (415) 771-5845

6  JOHN N. KITTA, NO. 71504
   JOHN N. KITTA & ASSOCIATES
7  39560 Stevenson Place, #217
   Fremont, CA 94539
8  Telephone: (510)797-7990
9  Facsimile: (510)745-8606

10 ATTORNEYS FOR PLAINTIFFS
   TAMARA DUMAS, RICK DUMAS,
11 KATELIN DUMAS, and KIMBERLY DUMAS

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15                          SACRAMENTO DIVISION

| | |
|---|---|
| 16  TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS, | CASE NO. 2:09-cv-01573-GEB-JFM |
| 17                Plaintiffs | **PROPOSED ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME TO FILE PETITION TO COMPROMISE MINORS' CLAIMS** |
| 18       v. | |
| 19  CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge # 127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge # 23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20, inclusive, | |
| 24                Defendants. | |

25

26                        **[PROPOSED] ORDER**

27       Pursuant to stipulation of all parties and good cause appearing it is hereby ORDERED that

28 Plaintiffs may have a one-week extension of time to file their petition to compromise the minors'

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME

1  claims. Plaintiffs shall now file the above referenced petition no later than May 4, 2012.

2  IT SO ORDERED.

3  **Date:** <u>4/30/2012</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME