ANTHONY L. LABEL, NO. 205920
JEREMY CLOYD, NO. 239991
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845

JOHN N. KITTA, NO. 71504
JOHN N. KITTA & ASSOCIATES
39560 Stevenson Place, #217
Fremont, CA 94539
Telephone: (510)797-7990
Facsimile: (510)745-8606

ATTORNEYS FOR PLAINTIFFS
TAMARA DUMAS, RICK DUMAS,
KATELIN DUMAS, and KIMBERLY DUMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAMARA DUMAS; RICK DUMAS; KATELIN DUMAS; and KIMBERLY DUMAS,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF ELK GROVE; Elk Grove Police Officer CHRISTOPHER DIAZ (Badge # 127); Elk Grove Police Officer ALI KHALIL (Badge #164); Elk Grove Police Officer LANCE MCDANIEL (Badge #158), Elk Grove Police Sergeant WALLY SMITH (Badge # 23), Elk Grove Police Chief ROBERT SIMMONS; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:09-cv-01573-GEB-JFM<br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME TO FILE PETITION TO COMPROMISE MINORS' CLAIMS** |

# **[PROPOSED] ORDER**

Pursuant to stipulation of all parties and good cause appearing it is hereby ORDERED that

Plaintiffs may have a one-week extension of time to file their petition to compromise the minors'

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME

claims. Plaintiffs shall now file the above referenced petition no later than May 4, 2012.

IT SO ORDERED.

**Date:** <u>4/30/2012</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

-2-

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME